IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DARLENE GIBBS, *et al.*,
*individually and on behalf of a class of
similarly situated persons*,

    Plaintiffs,

v.                                             Civil Action No. 3:17cv386

KENNETH REES, *et al.*,

    Defendants.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS Defendant Kenneth Rees's Motion to Transfer Case Under 28 U.S.C. § 1412, (ECF No. 92), and Defendant GPL Servicing's Motion to Transfer Case Under 28 U.S.C. § 1412, (ECF No. 111). The Court DENIES AS MOOT Rees's Motion to Transfer Case Pursuant to the First-to-File Rule. (ECF No. 24.) The Court TRANSFERS this action to the District Court for the Northern District of Texas.

    It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 3/23/2018
Richmond, Virginia